# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:21-CV-00113-KDB-DCK

| | |
|---|---|
| TAMMY L. CLARK,<br><br>**Plaintiffs,**<br><br>v.<br><br>NEWREZ LLC,<br><br>**Defendants.** | **ORDER** |

    **THIS MATTER** is before the Court on Plaintiff's Motion for Default Judgment ("Motion") (Doc. No. 5). Plaintiff filed her Complaint on July 21, 2021. The Summons and Complaint were duly served upon the Defendant, NewRez LLC d/b/a Shellpoint Mortgage Servicing. No answer or other pleading has been filed as required by law. The Defendant has failed to make an appearance either personally or by a representative. Accordingly, on September 10, 2021 the Clerk of Court granted Plaintiff's request for Entry of Default. The Plaintiff now moves this Court to grant her Motion pursuant to Rule 55(b) Federal Rules of Civil Procedure.

    However, Plaintiff's Motion (and proposed order) does not include any specific request for relief beyond an entry of default, which has already been entered. To properly consider entry of a Default Judgment it is necessary for Plaintiff to inform the Court – with specificity – of the amount of damages she seeks and establish her entitlement to those damages. Therefore, Plaintiff is directed to file within 21 days of the date of this Order a Memorandum of Law in support of her Motion detailing her request for a default judgment along with support for the amount of the judgment requested.

**SO ORDERED**

Signed: October 4, 2021

Kenneth D. Bell
United States District Judge